# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160340

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VICTORIA BROWN, Personal Representative
of the ESTATE OF RALPH BROWN,
      Plaintiff-Appellee,

v

                                       SC: 160340
                                       COA: 340533

SEAN WOLAN and JEFFREY VESCIO,
      Defendants-Appellants.

                                       Oakland CC: 2016-152431-NO

_____/

On order of the Court, the application for leave to appeal the August 27, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

s0408